UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRUCE ADSERO and CAROLINE SUTTIE, a married couple,<br><br>         Plaintiffs,<br><br>     v.<br><br>ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, a foreign insurance company,<br><br>         Defendant. | Case No. 2:25-cv-02554-JHC<br><br>**ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE AND WITHOUT AN AWARD OF FEES AND COSTS** |

THIS MATTER comes before the Court on the parties' stipulated motion to dismiss. Dkt. # 9. The Court, being fully advised of the same, hereby ORDERS THAT the above-captioned action and all claims asserted therein are dismissed with prejudice and without attorneys' fees or costs to any party.

SO ORDERED this 6th day of July, 2026.

_John H. Chun_
John H. Chun
United States District Judge

ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE
AND WITHOUT AN AWARD OF FEES AND COSTS
(2:25-CV-02554-JHC) - 1